UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     v.<br><br>JOSEPH ANTHONY MCDANIELS,<br><br>                   Defendant. | Case No. MJ12-317*SEALED*<br><br>**DETENTION ORDER** |

Offense charged:

     Interstate Transportation for the Purpose of Prostitution.

Date of Detention Hearing: June 19, 2012.

     The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

     Defendant has a criminal history going back to 1988 when he moved to Western Washington. He has had numerous contacts with law enforcement, has convictions for

DETENTION ORDER - 1

assaultive conduct, and convictions for first degree robbery in 1995 for which he received a sentence of nearly 200 months. He has failed to appear at least once in the past and a bench warrant for his arrest was issued. After his release from prison for that sentence, defendant has continued to have contact with law enforcement. Last year, he was charged with in state court with offenses that are similar to the charge before the court and was convicted of the lesser of assault. He now faces new charges allegedly occurring after his conviction in state court. These new charges were allegedly committed while defendant was on state supervision. Although defendant states he has lived in Washington for years, he did not provide any information about his residence, or how long he has lived there. The government argued defendant's residence was unknown, that he has lived in multiple places including taking hotel rooms. Defendant also provided no information about his employment or financial status, health, and drug or alcohol use.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3