The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR12-185JLR |
| Plaintiff/Respondent, | |
| | ORDER |
| v. | |
| JOSEPH A. McDANIELS, | |
| Defendant/Petitioner. | |

Upon the filing of Defendant Joseph A. McDaniels's Motion to Review Discovery (Dkt. # 138), and having considered the entirety of the files and records herein, and the government's response in opposition to the motion, this Court hereby finds no basis or authority to allow the defendant to review discovery materials previously produced to the defendant and his counsel. For these reasons, the motion is hereby DENIED.

Dated this 18th day of June, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER/*United States v. McDaniels,*
CR12-185JLR - 1